**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM M. LEWIS,** **USN(ret), Community of Georgiana,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **CIVIL ACTION NO.** **2:25cv251-MHT** **(WO)** |
| **BUTLER COUNTY SCHOOL BOARD,** | ) ) ) | |
| Defendant. | ) | |

**OPINION**

Plaintiff filed this lawsuit asserting that fans of the visiting team were not allowed to use the restrooms at a high school football game and were required to use portable toilets and makeshift concession stands. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. Plaintiff has filed a notice of having no objection to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of July, 2025.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**