**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM M. LEWIS,** **USN(ret), Community of Georgiana,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:25cv251-MHT (WO) |
| **BUTLER COUNTY SCHOOL BOARD,** | ) ) ) ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 9) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to state a claim.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of July, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**